## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____
:
BRIE DREW, :
:
          Plaintiff, :    CIVIL ACTION NO. 07-813 GMS
:
v. :
:
CORPORATION SERVICE CO., INC. :
a Delaware corporation, :
:
          Defendant. :
_____:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam C. Virant, Esquire to represent Brie Drew in this matter.

          **LAW OFFICE OF JOHN M. LAROSA**

          **/s/ John M. LaRosa**
          **John M. LaRosa, Esquire**
          Delaware Bar No. 4275
          Two East 7th Street, Suite 302
          Wilmington, Delaware 19801
          (302) 888-1290
          JLR@LaRosaLaw.com

          Attorney for Plaintiff

Dated: December 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
:
BRIE DREW, :
:
        Plaintiff, :    CIVIL ACTION NO. 07-813 GMS
:
v. :
:
CORPORATION SERVICE CO., INC. :
a Delaware corporation, :
:
        Defendant. :
_____:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                          **/s/ Adam C. Virant**
                                          Adam C. Virant, Esquire
                                          New York Bar No. 4201950
                                          **KARPF, KARPF & VIRANT**
                                          140 Broadway, 46th Floor
                                          New York, NY 10005
                                          (212) 929-6030

Dated: December 26, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____ ___, 200___          _____
                                        **THE HONORABLE GREGORY M. SLEET**
                                        **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
:
BRIE DREW,                              :
                                        :
        Plaintiff,          :          CIVIL ACTION NO. 07-813 GMS
                                        :
v.                                      :
                                        :
CORPORATION SERVICE CO., INC.           :
a Delaware corporation,                 :
                                        :
        Defendant.          :
_____:

**CERTIFICATE OF SERVICE**

    I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on December 26, 2007, I caused two (2) copies of the attached Motion and Order for Admission Pro Hac Vice to be sent via U.S. mail to the following:

        Corporation Service Co., Inc.
        2711 Centerville Road
        Suite 400
        Wilmington, DE 19808

        **LAW OFFICE OF JOHN M. LAROSA**

        **/s/ John M. LaRosa**
        **John M. LaRosa, Esquire**
        Delaware Bar No. 4275
        Two East 7th Street, Suite 302
        Wilmington, Delaware 19801
        (302) 888-1290
        JLR@LaRosaLaw.com

        Attorney for Plaintiff