## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                      :
BRIE DREW,                            :
                                      :
              Plaintiff,      :   CIVIL ACTION NO. 07-813 GMS
                                      :
    v.                              :
                                      :
CORPORATION SERVICE CO., INC.         :
a Delaware corporation,               :
                                      :
              Defendant.      :
_____:

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE OF SEAN GALVIN, ESQUIRE

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sean Galvin, Esquire to represent Brie Drew in this matter.

                          **LAW OFFICE OF JOHN M. LAROSA**

                          **/s/ John M. LaRosa**
                          **John M. LaRosa, Esquire**
                          Delaware Bar No. 4275
                          Two East 7th Street, Suite 302
                          Wilmington, Delaware 19801
                          (302) 888-1290
                          JLR@LaRosaLaw.com

                          Attorney for Plaintiff

Dated: February 15, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        :
BRIE DREW,                              :
                                        :
            Plaintiff,                  :    CIVIL ACTION NO. 07-813 GMS
                                        :
    v.                                  :
                                        :
CORPORATION SERVICE CO., INC.           :
a Delaware corporation,                 :
                                        :
            Defendant.                  :
_____:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    /s/ Sean Galvin
Sean Galvin, Esquire
PA Bar No. 205438
**KARPF, KARPF & VIRANT**
3070 Bristol Pike
Bld. 2, Ste. 231
Bensalem, PA 19020

Dated: February 15, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: February ___, 2008      _____
                                        **THE HONORABLE GREGORY M. SLEET**
                                        **UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIE DREW, | : |
| Plaintiff, | : CIVIL ACTION NO. 07-813 GMS |
| v. | : |
| CORPORATION SERVICE CO., INC. a Delaware corporation, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on February 15, 2008, I electronically filed this Motion and Order for Admission Pro Hac Vice of Sean Galvin, Esquire with the Clerk of the United States District Court using its CM/ECF system, which will then electronically notify the following CM/ECF participant in this case.

>Christopher A. Selzer, Esquire
>McCARTER & ENGLISH, LLP
>Renaissance Centre
>405 N. King Street, 8th Floor
>P.O. Box 111
>Wilmington, DE 19801

>**LAW OFFICE OF JOHN M. LAROSA**
>
>/s/ John M. LaRosa
>**John M. LaRosa, Esquire**
>Delaware Bar No. 4275
>Two East 7th Street, Suite 302
>Wilmington, Delaware 19801
>(302) 888-1290
>JLR@LaRosaLaw.com
>
>Attorney for Plaintiff