IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **BRIE DREW,** | § | |
| | § | |
| Plaintiff, | § | C.A. No. 07-813 GMS |
| | § | |
| v. | § | |
| | § | |
| **CORPORATION SERVICE CO., INC.** | § | |
| a Delaware corporation, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# FED. R. CIV. P. 26(f) JOINT STATUS REPORT

COME NOW, Brie Drew ("Plaintiff") and Corporation Service Co., Inc. ("CSC" or "Defendant")(collectively the "Parties"), pursuant to Federal Rule of Civil Procedure 26(f), with this Joint Status Report to the Court and state as follows:

1.   **Jurisdiction:**  Jurisdiction properly lies with this Court pursuant to Title VII of the Civil Rights Act of 1963 ("Title VII"), 42 U.S.C. § 1981, and 28 U.S.C. §1331.

2.   **Jury or Non-Jury:**  The Plaintiff has filed a demand for a jury trial.

3.   **Judicial Availability:**  If the Court believes that the use of a Magistrate Judge in this matter would be beneficial, the Parties do not object.

4.   **Venue:**  Venue properly lies with this Court.

5.   **Statement of the Case:**  Plaintiff contends that Defendant terminated her employment because of her race, retaliated against her because of her alleged complaints of racial discrimination, and subjected her to harsher treatment than similarly situated non-African American employees, in violation of Title VII and 42 U.S.C. § 1981.

Defendant contends that Plaintiff's termination was based on legitimate, non-discriminatory reasons, namely her poor performance and the use of profane and abusive

language toward a manager, a terminable offense pursuant to CSC's Employee Handbook, and not because of her race.

      6.    **Pendent State Claims:**  This case does not include pendent state claims.

      7.    **Joinder of Parties & Amendment of Pleadings:**  The parties do not anticipate filing any motions for joinder of additional parties or for amendment of the pleadings.

      8.    **Disclosures & Exchanges:**  The parties intend to make the initial disclosures required under Fed. R. Civ. Pro. 26(a)(1) within 60 days from the date of their joint status conference, held on January 25, 2008.

      9.    **Discovery:**  The parties anticipate requiring 150 days to complete discovery in this matter. The number of depositions required by the parties will be likely be no more than five (5). The parties do not anticipate that any deposition will exceed one day (seven hours) in length.

      10.    **Motions:**  Plaintiff may file a motion for summary judgment at or near the completion of discovery. Defendant may also file a motion for summary judgment prior to or after the completion of discovery.

      11.    **Alternative Dispute Resolution:**  The parties are open to the possibility of some form of ADR upon the completion of reasonable discovery.

      12.    **Length of Trial:**  The parties estimate the trial of this matter will last approximately three days (one and one-half days each).

      13.    **Prospects of Settlement:**  Counsel for the parties have had preliminary discussions concerning the possibility of settlement. The parties do not presently anticipate an early settlement, but they will keep the lines of communication open toward the possibility of settlement.

      14.    **Other:**  There are no other pertinent matters at this time.

DATED this 28th day of March, 2008.

Respectfully submitted,

LAW OFFICE OF JOHN M. LAROSA

/s/ John M. LaRosa                           March 28, 2008
John M. LaRosa (DE Bar No. 4275)             Date
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707
(302)888-1290
JLR@LaRosaLaw.com

and

Sean Galvin, Esq.
KARPF, KARPF & VIRANT
3070 Bristol Pike
Bldg. 2, Suite 231
Bensalem, PA  19020
(215)639-0801
*Counsel for Plaintiff*

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer                    March 28, 2008
Michael P. Kelly (DE Bar No. 2295)           Date
Christopher A. Selzer (DE Bar No. 4305)
Renaissance Centre
405 N. King Street, 8th Floor
P.O. Box 111
Wilmington, DE  19801
(302)984-6300
mkelly@mccarter.com
cselzer@mccarter.com

and

Sarah E. Bouchard, Esq.
Tara Patterson Hammons, Esq.
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215)963-5000
*Counsel for Defendant*

4