IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,** §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>**CORPORATION SERVICE CO., INC.** §<br>a Delaware corporation, §<br>§<br>Defendant. § | C.A. No. 07-813 (GMS) |

### NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that on April 7, 2008 a true and correct copy of Defendant Corporation Service Co., Inc.'s First Request for Production of Documents Directed to Plaintiff Brie Drew was served via first class mail upon the following:

>John M. LaRosa, Esquire
>Two East 7th Street, Suite 302
>Wilmington, DE  19801-3707

>Adam Virant, Esquire
>KARPF, KARPF & VIRANT
>3070 Bristol Pike, Building 2, Suite 231
>Bensalem, PA  19020

**McCARTER & ENGLISH, LLP**

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302)984-6300
(302)984-6399 fax
Counsel for Defendant

Date:  April 7, 2008

ME1 7269658v.1

2

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on April 7, 2008 a true and correct copy of the foregoing Notice of Service was served via first class mail upon the following:

John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)