IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,**<br><br>          Plaintiff,<br><br>      v.<br><br>**CORPORATION SERVICE CO., INC.**<br>a Delaware corporation,<br><br>          Defendant. | C.A. No. 07-813 (GMS) |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that on April 7, 2008 a true and correct copy of Defendant Corporation Service Co., Inc.'s First Set of Interrogatories Directed to Plaintiff Brie Drew was served via first class mail upon the following:

    John M. LaRosa, Esquire
    Two East 7th Street, Suite 302
    Wilmington, DE  19801-3707

    Adam Virant, Esquire
    KARPF, KARPF & VIRANT
    3070 Bristol Pike, Building 2, Suite 231
    Bensalem, PA  19020

                                        **McCARTER & ENGLISH, LLP**

                                        /s/Christopher A. Selzer
                                        Christopher A. Selzer, Esq. (#4305)
                                        405 N. King Street, 8th Floor
                                        Wilmington, DE  19801
                                        (302)984-6300
                                        (302)984-6399 fax
                                        Counsel for Defendant

Date:  April 7, 2008

ME1 7269761v.1

2

# CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on April 7, 2008 a true and correct copy of the foregoing Notice of Service was served via first class mail upon the following:

John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020

/s/Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)