IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIE DREW, | Civil Action |
| Plaintiff, | No. 07-813 GMS |
| v. | |
| CORPORATION SERVICE CO., INC. a Delaware corporation, | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Christopher A. Selzer, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Sarah E. Bouchard to represent Defendant Corporation Service Company (incorrectly identified in the caption of the Complaint as "Corporation Service Co., Inc.") in this matter. The Admittee is a member in good standing of the Bar of Pennsylvania and is admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania and is not currently under suspension or subject to other disciplinary action with respect to her practice.

Respectfully submitted,

/s/ Christopher A. Selzer
Christopher A. Selzer (DE ID# 4305)
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
P. O. Box 111
Wilmington, DE 19801
(302) 984-6300

Date: April 14, 2008

ME1 7041394v.1

Pursuant to District Court Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Date: 4/14/08        By: _____
                         Sarah E. Bouchard, Esquire
                         MORGAN, LEWIS & BOCKIUS LLP
                         1701 Market Street
                         Philadelphia, PA 19103-2921
                         (215) 963-5077/5477

**Motion Granted.**

                         BY THE COURT:

Date:_____

                         _____
                         UNITED STATES DISTRICT JUDGE