IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,** § | |
| § | |
| **Plaintiff,** § | |
| § | **C.A. No. 07-813 (GMS)** |
| v. § | |
| § | |
| **CORPORATION SERVICE CO., INC.** § | |
| a Delaware corporation, § | |
| § | |
| **Defendant.** § | |

**NOTICE OF DEPOSITION OF PLAINTIFF BRIE DREW**

**TO:**    John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020

**PLEASE TAKE NOTICE** Defendant Corporation Service Company (incorrectly identified in the caption as Corporation Service Co., Inc.) ("CSC" or "Defendant"), by its attorneys, will take the deposition of Plaintiff Brie Drew pursuant to Rule 30 of the Federal Rules of Civil Procedure on Wednesday, May 14, 2008 at 9:30 a.m. at the offices of McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, Delaware  19801. The deposition shall be conducted before a person duly authorized by law to administer oaths, and shall continue on the scheduled days until completed.

|  |  |
|---|---|
|  | BY: |
| April 15, 2008 | /s/Jameson A.L. Tweedie |
|  | Michael P. Kelly (#2295) |
|  | Christopher A. Selzer (#4305) |
|  | Jameson A.L. Tweedie (#4927) |
|  | McCARTER & ENGLISH, LLP |
|  | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 984-6300 |
|  | and |
|  | Sarah E. Bouchard (*Pro Hac Vice Admission* pending) |
|  | Jonathan S. Krause (*Pro Hac Vice Admission* pending) |
|  | MORGAN, LEWIS & BOCKIUS LLP |
|  | 1701 Market Street |
|  | Philadelphia, PA 19103-2921 |
|  | (215) 963-5077/5510 |
|  | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I, Jameson A.L. Tweedie, hereby certify that on April 15, 2008 a true and correct copy of the foregoing Notice of Deposition was served via first class mail upon the following:

    John M. LaRosa, Esquire
    Two East 7th Street, Suite 302
    Wilmington, DE 19801-3707

    Adam Virant, Esquire
    KARPF, KARPF & VIRANT
    3070 Bristol Pike, Building 2, Suite 231
    Bensalem, PA 19020

                                             /s/Jameson A.L. Tweedie
                                           Jameson A.L. Tweedie (#4927)
                                           McCARTER & ENGLISH, LLP
                                           Renaissance Centre
                                           405 N. King Street, 8th Floor
                                           Wilmington, DE 19801