IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,** § | |
| § | |
| Plaintiff, § | |
| § | C.A. No. 07-813 (GMS) |
| v. § | |
| § | |
| **CORPORATION SERVICE CO., INC.** § | |
| a Delaware corporation, § | |
| § | |
| Defendant. § | |

## ENTRY OF APPEARANCE

Without waiver of any Affirmative Defenses, please enter the appearance of Jameson A.L. Tweedie, Esquire on behalf of Defendant Corporation Service Company (incorrectly identified in the caption as Corporation Service Co., Inc.) in the above-captioned matter.

                        MCCARTER & ENGLISH, LLP

                        /s/ Jameson A.L. Tweedie
                        Michael P. Kelly (#2295)
                        Christopher A. Selzer (#4305)
                        Jameson A.L. Tweedie (#4927)
                        Renaissance Centre
                        405 North King Street, 8th Floor
                        P.O. Box 111
                        Wilmington, Delaware 19899
                        (302) 984-6300
                        *Attorneys for Defendant*

Dated: April 15, 2008

ME1 7292244v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,** § | |
| § | |
| **Plaintiff,** § | |
| § | C.A. No. 07-813 (GMS) |
| v. § | |
| § | |
| **CORPORATION SERVICE CO., INC.** § | |
| a Delaware corporation, § | |
| § | |
| **Defendant.** § | |

## CERTIFICATE OF SERVICE

I, Jameson A.L. Tweedie, hereby certify that a true and correct copy of the above and foregoing **Entry of Appearance** was served on the 15th day of April, 2008 via first class mail upon the following:

John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020

/s/Jameson A.L. Tweedie
Jameson A.L. Tweedie (#4927)
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801

ME1 7292244v.1