IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIE DREW,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORATION SERVICE CO., INC.<br>a Delaware corporation,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   C.A. No. 07-813 (GMS)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SERVICE

I, Jameson A. L. Tweedie, hereby certify that on May 9, 2008 a true and correct copy of **Defendant Corporation Service Co., Inc.'s Responses and/or Objections to Plaintiff's First Requests for the Production of Documents** was served via overnight delivery upon the following:

>John M. LaRosa, Esquire
>Two East 7th Street, Suite 302
>Wilmington, DE  19801-3707
>
>Adam Virant, Esquire
>KARPF, KARPF & VIRANT
>3070 Bristol Pike, Building 2, Suite 231
>Bensalem, PA  19020

>**McCARTER & ENGLISH, LLP**
>
>/s/Jameson A. L. Tweedie
>Christopher A. Selzer (#4305)
>Jameson A. L. Tweedie (#4927)
>405 N. King Street, 8th Floor
>Wilmington, DE  19801
>(302)984-6300
>(302)984-6399 fax
>Counsel for Defendant

Date:  May 9, 2008

ME1 7354189v.1

## CERTIFICATE OF SERVICE

I, Jameson A. L. Tweedie, hereby certify that on May 9, 2008 a true and correct copy of the foregoing Notice of Service was served via first class mail upon the following:

John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA 19020

/s/Jameson A. L. Tweedie
Jameson A. L. Tweedie (#4927)