IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BRIE DREW,** § § § **Plaintiff,** § § **v.** § § **CORPORATION SERVICE CO., INC.** § a Delaware corporation, § § **Defendant.** § § | C.A. No. 07-813 (GMS) |

## NOTICE OF SERVICE

I, Jameson A. L. Tweedie, hereby certify that on May 9, 2008 a true and correct copy of **Defendant Corporation Service Co., Inc.'s Responses and/or Objections to Plaintiff's First Set of Interrogatories to Defendant** was served via overnight delivery upon the following:

    John M. LaRosa, Esquire
    Two East 7th Street, Suite 302
    Wilmington, DE 19801-3707

    Adam Virant, Esquire
    KARPF, KARPF & VIRANT
    3070 Bristol Pike, Building 2, Suite 231
    Bensalem, PA 19020

                                          **McCARTER & ENGLISH, LLP**

                                          /s/Jameson A. L. Tweedie
                                          Christopher A. Selzer (#4305)
                                          Jameson A. L. Tweedie (#4927)
                                          405 N. King Street, 8th Floor
                                          Wilmington, DE 19801
                                          (302)984-6300
                                          (302)984-6399 fax
                                          Counsel for Defendant

Date: May 9, 2008

ME1 7354204v.1

## CERTIFICATE OF SERVICE

    I, Jameson A. L. Tweedie, hereby certify that on May 9, 2008 a true and correct copy of the foregoing Notice of Service was served via first class mail upon the following:

    John M. LaRosa, Esquire
    Two East 7th Street, Suite 302
    Wilmington, DE  19801-3707

    Adam Virant, Esquire
    KARPF, KARPF & VIRANT
    3070 Bristol Pike, Building 2, Suite 231
    Bensalem, PA  19020

                                          /s/Jameson A. L. Tweedie
                                          Jameson A. L. Tweedie (#4927)

ME1 7354204v.1