# LAW OFFICE
## OF
## JOHN M. LaROSA
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290  
FAX:   (302) 655-9329

LICENSED IN DE, PA, AND NJ  
INTERNET: WWW.LAROSALAW.COM

May 23, 2007.

**VIA CM/ECF AND U.S. MAIL**
The Honorable Leonard P. Stark
United State Magistrate Judge
United States District Court
District of Delaware
Lock Box 26
844 King Street
U.S. Courthouse
Wilmington, DE 19801

RE:   Brie Drew v. Corporation Service Co., Inc., C.A. No. 07-813 GMS
      **Request for Local Counsel to be Excused from ADR Scheduling Teleconference**

Dear Judge Stark:

  I am local counsel for Plaintiff in the above captioned matter. I am in receipt of the Court's May 21st Order setting a Scheduling ADR Teleconference for June 20, 2008. I am scheduled to be in Philadelphia for a mediation in another employment case that same day.

  Plaintiff intends to have her out of state, lead counsel Adam C. Virant attend the teleconference and take the lead in any subsequent ADR proceedings scheduled at the teleconference. Accordingly, I now request that I be excused from the Scheduling ADR Teleconference on the 20th. Defendant does not object to this request.

Very truly yours,

*[signature]*
John M. LaRosa

cc:   Clerk, U.S. District Court (via U.S. mail)
      Adam C. Virant, Esquire (via electronic and U.S. mail)
      Christopher Alan Selzer, Esquire (via CM/ECF and U.S. mail)
      Jonathan S. Krause, Esquire (via electronic and U.S. mail)

Attorney Files/John's Files/Client/DREW/Correspondence/Judge Stark