IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIE DREW,<br><br>    Plaintiff,<br><br>    v.<br><br>CORPORATION SERVICE CO., INC.<br>a Delaware corporation,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   C.A. No. 07-813 (GMS)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF CONTINUATION OF DEPOSITION OF PLAINTIFF BRIE DREW

**TO:**   John M. LaRosa, Esquire
Two East 7th Street, Suite 302
Wilmington, DE  19801-3707

Adam Virant, Esquire
KARPF, KARPF & VIRANT
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020

**PLEASE TAKE NOTICE** that Defendant Corporation Service Company (incorrectly identified in the caption as Corporation Service Co., Inc.), by its attorneys, will continue, pursuant to agreement between the parties, the deposition of Plaintiff Brie Drew pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Monday, June 16, 2008 at 9:30 a.m. at the offices of McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor, Wilmington, Delaware  19801.  The deposition shall be conducted before a person duly authorized by law to administer oaths, and shall continue on the scheduled days until completed.

|               |                                                                 |
|---------------|-----------------------------------------------------------------|
|               | BY:                                                             |
| May 23, 2008  | /s/Jameson A.L. Tweedie                                         |

                        Michael P. Kelly (#2295)
                        Christopher A. Selzer (#4305)
                        Jameson A.L. Tweedie (#4927)
                        McCARTER & ENGLISH, LLP
                        Renaissance Centre
                        405 N. King Street, 8th Floor
                        Wilmington, DE  19801
                        (302) 984-6300
                              and
                        Sarah E. Bouchard (*Pro Hac Vice Admission* pending)
                        Jonathan S. Krause (*Pro Hac Vice Admission* pending)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1701 Market Street
                        Philadelphia, PA  19103-2921
                        (215) 963-5077/5510
                     Attorneys for Defendant

ME1 7405431v.1

## CERTIFICATE OF SERVICE

  I, Jameson A.L. Tweedie, hereby certify that on May 23, 2008 a true and correct copy of the foregoing Notice of Deposition was served via first class mail upon the following:

  John M. LaRosa, Esquire
  Two East 7th Street, Suite 302
  Wilmington, DE  19801-3707

  Adam Virant, Esquire
  KARPF, KARPF & VIRANT
  3070 Bristol Pike, Building 2, Suite 231
  Bensalem, PA  19020

            /s/Jameson A.L. Tweedie
            Jameson A.L. Tweedie (#4927)
            McCARTER & ENGLISH, LLP
            Renaissance Centre
            405 N. King Street, 8th Floor
            Wilmington, DE  19801

ME1 7405431v.1