# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                        :
BRIE DREW,                              :
                                        :
               Plaintiff,           :       CIVIL ACTION NO. 07-813 GMS
                                        :
     v.                                :
                                        :
CORPORATION SERVICE CO., INC.           :
a Delaware corporation,                 :
                                        :
               Defendant.           :
_____:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Justin L. Swidler, Esquire to represent Brie Drew in this matter.

                                **LAW OFFICE OF JOHN M. LAROSA**

                                **/s/ John M. LaRosa**
                                **John M. LaRosa, Esquire**
                                Delaware Bar No. 4275
                                Two East 7th Street, Suite 302
                                Wilmington, Delaware 19801
                                (302) 888-1290
                                JLR@LaRosaLaw.com

                                Attorney for Plaintiff

Dated: June 6, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
:
BRIE DREW,                          :
                                    :
          Plaintiff,         :    CIVIL ACTION NO. 07-813 GMS
                                    :
   v.                              :
                                    :
CORPORATION SERVICE CO., INC.       :
a Delaware corporation,             :
                                    :
          Defendant.         :
_____:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      /s/ Justin L. Swidler
      Justin L. Swidler, Esquire
      Pennsylvania Bar No. 205954
      New Jersey Bar No. 039312007
      **KARPF, KARPF & VIRANT, P.C.**
      3070 Bristol Pike
      Building 2, Suite 231
      Bensalem, PA 19020
      (215) 639-0801

Dated: June 6, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                         :
BRIE DREW,                               :
                                         :
                  Plaintiff,             :    CIVIL ACTION NO. 07-813 GMS
                                         :
         v.                              :
                                         :
CORPORATION SERVICE CO., INC.            :
a Delaware corporation,                  :
                                         :
                  Defendant.             :
_____:

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                              _____
Dated: June ___, 2008                      UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BRIE DREW, | : |
| Plaintiff, | : CIVIL ACTION NO. 07-813 GMS |
| v. | : |
| CORPORATION SERVICE CO., INC. a Delaware corporation, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on June 6, 2008, I caused two (2) copies of the attached Motion and Order for Admission Pro Hac Vice to be sent via U.S. mail to the following:

    Jonathon S. Krause, Esq.
    Morgan Lewis & Bockius
    1701 Market Street
    Philadelphia, PA 19103

    Christopher A. Selzer, Esq.
    MCCARTER & ENGLISH, LLP
    Renaissance Centre
    405 N. King Street, 8th Floor
    P.O. Box 111
    Wilmington, DE 19801

**LAW OFFICE OF JOHN M. LAROSA**

<u>/s/ John M. LaRosa</u>
**John M. LaRosa, Esquire**
Delaware Bar No. 4275
Two East 7th Street, Suite 302
Wilmington, Delaware 19801
(302) 888-1290
JLR@LaRosaLaw.com

Attorney for Plaintiff

5